UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:11-cr-324-T-33TGW

DANIEL GUILLAN
_____/

### ORDER

This matter is before the Court on Defendant Daniel Guillan's Unopposed Motion to Terminate Probation (Doc. # 275), filed on July 20, 2016. As presented in the Motion, Guillan has completed 500 hours of community service, which was imposed as a condition of supervision. (Id. at ¶ 3). In light of this, the Government does not object to the termination of Guillan's probation so long as the United States Probation Office has no objection. (Id. at ¶ 4). The United States Probation Office does not object to the Court terminating Guillan's probation. (Id. at ¶ 5). Thus, Guillan's probation is hereby terminated, effective immediately.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Daniel Guillan's Unopposed Motion to Terminate Probation (Doc. # 275) is **GRANTED.**

(2) Guillan's probation is hereby terminated, effective immediately.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of July, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE